**Motion granted, Appeals dismissed, and Memorandum Opinion filed July 11, 2023.**



**In The**

# Fourteenth Court of Appeals

NO. 14-22-00806-CR
NO. 14-22-00807-CR
NO. 14-22-00808-CR

**ERIK U. LITTLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause Nos. 1488681, 1488682, & 1488683**

## MEMORANDUM OPINION

Appellant Erik U. Little has signed and filed a written request to dismiss his appeals. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeals dismissed. We direct the clerk of the court to issue the mandates immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Spain.

Do Not Publish — Tex. R. App. P. 47.2(b).